UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID ROBINSON, | No. 2:23-cv-914-MCE-KJN |
| Plaintiff, | ORDER STAYING CASE FOR VDRP |
| v. | |
| R&M RASHIDY INVESTMENT, INC., | |
| Defendant. | |

Plaintiff initiated this action under the Americans with Disabilities Act and California Unruh Act, and Defendant has filed its answer to the complaint. (ECF Nos. 1, 5.) On the Court's own motion, IT IS HEREBY ORDERED that:

1. This action is STAYED pending further order of the court;
2. This action is referred to the Court's Voluntary Dispute Resolution Program ("VDRP") program;
3. Not later than ten (10) days following the date this Order is electronically filed, the parties are directed to contact the court's VDRP administrator, Sujean Park, at (916) 930-4278 or SPark@caed.uscourts.gov to initiate the process;
4. The parties shall carefully review and comply with Local Rule 271, which outlines the specifications and requirements of the VDRP; and

///

1

5.  Not later than fourteen (14) days after completion of the VDRP session, the parties shall jointly file their VDRP Completion Report, consistent with Local Rule 271(o).

IT IS SO ORDERED.

DATED: October 25, 2023

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE

2